IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:21-cr-00288 |
| | ) | |
| ERIK CHARLES MAUND | ) | JUDGE CAMPBELL |

## ORDER

The evidentiary hearing currently set for January 5, 2023 is **CONTINUED** to Wednesday, January 25, 2023 at 1:30 p.m.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE