IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| | ) NO. 3:21-cr-00288-1 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| | ) |
| ERIK CHARLES MAUND | ) |

## ORDER

The evidentiary hearing scheduled for January 25, 2023, at 1:30 p.m. is RESET for 2:30 p.m. the same day.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE