# IN THE UNITED STATES DISTRICT COURT FOR
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:21-cr-00288 |
| ) | |
| ERIK MAUND ) | JUDGE CAMPBELL |
| BRYON BROCKWAY ) | |
| ADAM CAREY ) | |

## ORDER

The trial in this case concluded on November 17, 2023, and the Witness and Exhibit List was initially docketed shortly thereafter on November 21, 2023. This Witness and Exhibit List was subsequently removed from the docket to allow for further review and correction of errors and omissions. The original Witness and Exhibit List is attached to this Order as Attachment A.

Following a careful review of the trial transcript, the Court prepared an Amended Exhibit and Witness List that accurately reflects the evidence at trial and provides more detailed descriptions of the exhibits. The Amended Witness and Exhibit List is attached to this Order as Attachment B.

While preparing the Amended Exhibit and Witness List, the Court became aware that certain exhibits that were not admitted into evidence were provided to the jury, and that some exhibits that were admitted into evidence were not provided to the jury. At the hearing on January 29, 2024, the Court informed the parties of these exhibit discrepancies and provided the parties a Notice Regarding Trial Exhibits that contained a list of these exhibits at issue. The Notice is attached to this Order as Attachment C.

For clarity of the record, the Notice Regarding Trial Exhibits, the original Exhibit and Witness List, and the Amended Exhibit and Witness List shall be docketed separately following entry of this Order.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE