# UNITED STATES DISTRICT COURT

**MIDDLE** DISTRICT OF **TENNESSEE**

USA

V.

MAUND, BROCKWAY, CAREY

## EXHIBIT AND WITNESS LIST

Case Number: 3:21-cr-00288

| PRESIDING JUDGE<br>William L. Campbell, Jr. | PLAINTIFF'S ATTORNEY<br>Rob McGuire, Brooke Farzad | DEFENDANT'S ATTORNEY<br>Evans, Perry, Bassett, Gonzalez |
|---|---|---|
| TRIAL DATE (S)<br>November 1- 17, 2023 | COURT REPORTER<br>Patty Jennings | COURTROOM DEPUTY<br>Angie Brewer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 11/3/2023 | | | WIT: Jose Velasco |
| W | | | | | WIT: Officer Caleb Foster |
| 1-22 | | | | X | Photographs of Crime Scene |
| 94 | | | | X | Crime Scene Diagram |
| 62 | | | | X | Shell Casing-Front Driver Side Floorboard (Physical) |
| W | | | | | WIT: Officer Charles Linville |
| 33-53 | | | | X | Photographs from CSI Exam of Car |
| 60 | | | | X | Bullet Fragment* |
| 61 | | | | X | Bullet Fragment* |
| W | | | | | WIT: Det. David Willover |
| 91 | | | | X | Photograph of Holly Williams |
| 92 | | | | X | Photograph of Holly Williams, William Lanway |
| 310 | | | | X | Maund email to Layla Love 2/3/2020 |
| 101 | | | | X | Pinger Subscriber Information Sheet for Williams |
| 102 | | | | X | Pinger Messages between Williams and Maund |
| 103 | | | X | | Pinger Messaes from Green's Account |
| 105 | | | | X | Pinger Subscriber Information Sheet for Jimmy Green |
| 106 | | | | X | Pinger Messages between Green and Williams |
| 107 | | | | X | Pinger Message between Green and Williams' Personal Number |
| 108 | | | | X | Pinger Messages between Green and Lanway |
| 90 | | | | X | Adam Carey Photograph |
| 23 | | | | X | Camera Outside Williams' Apartment |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __10__ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | MAUND, BROCKWAY, CAREY | CASE NO. 3:21-cr-00288 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 24 | | | | X | Camera Outside Williams' Apartment |
| 75 | | | | X | Wyze Surveillance Footage from Williams' Apartment, 3/10/2020 |
| 95 | | | | X | Screenshot from Surveillance Footage, 3/10/2020 |
| 76 | | | | X | Wyze Surveillance Footage from Williams' Apartment, 3/10/2020 |
| 77 | | | | X | Wyze Surveillance Footage from Williams' Apartment, 3/10/2020 |
| 78 | | | | X | Wyze Surveillance Footage from Williams' Apartment, 3/10/2020 |
| 79 | | | | X | Wyze Surveillance Footage from Williams' Apartment, 3/10/2020 |
| 80 | | | | X | Wyze Surveillance Footage from Williams' Apartment, 3/11/2020 |
| 81 | | | | X | Wyze Surveillance Footage from Williams' Apartment, 3/12/2020 |
| 82 | | | | X | Wyze Surveillance Footage from Williams' Apartment, 3/12/2020 |
| W | | | | | WIT: Det. Todd Daniels |
| 93 | | | | X | Google Map Apartment Area |
| 83 | | | | X | Surveillance Footage from TigerMart |
| 85 | | | | X | Screenshot from Surveillance Footage |
| | | | | | |
| | | 11/6/2023 | | | WIT: James DiMeo |
| 150 | | | | X | Agreement for Personal Services |
| 151 | | | | X | Speartip Invoices for Services |
| W | | | | | WIT: Gilad Peled |
| 225 | | | | X | Customer Intellegence Report on Holly Williams |
| 236 | | | | X | Tennessee Situational Report |
| 230 | | | | X | Email to C. Brockway from Peled (delay in TN Mission), 3/11/2020 |
| 120 | | | | X | Recorded Call between Peled and Maund (Recording) |
| 228 | | | | X | Email to Peled from Chase Bank ( $150 Wire) |
| | B1 | | | X | Peled Resume |
| 233 | | | | X | Email from Peled to Maund, 3/12/2020 ( message me on signal) |
| 202 | | | | X | Brockway's Google Review of Speartip Security |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | MAUND, BROCKWAY, CAREY | CASE NO. 3:21-cr-00288 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 201 | | | | X | Maund's Google Review of Speartip Security |
| 235 | | | | X | Polygraph Report |
| | | | | | |
| W | | 11/7/2023 | | | WIT: Agent Justin Noble |
| W | | | | | WIT: Agent David Som |
| 177 | | | | X | JW Marriott Reservation for 2/5/2020 |
| 178 | | | | X | JW Marriott Incidentals for 2/5/2020 |
| 110 | | | | X | Carey's Phone Records |
| 111 | | | | X | Peled's Phone Records |
| 112 | | | | X | Conaway's Phone Records |
| 113 | | | | X | Maund's Phone Records |
| 115 | | | | X | Williams' Phone Records |
| 116 | | | | X | Lanway's Phone Records |
| 350 | | | X | | Maund's Merrill Lynch Accounts |
| 357 | | | | X | Peled's Bank Statement showing receipt of Maund's wire transfers |
| 181 | | | | X | Brockway's Bank Statement showing Starbuck's purchase on 3/11/2020 |
| | | | | | |
| 183 | | | | X | Carey's Bank Statement showing Starbucks purchase on 3/11/2020 |
| 179 | | | | X | Records from Starbucks for purchases on 3/11/2020 |
| 276 | | | | X | Text Now Email username of Agent47 |
| 275 | | | | X | Photo of Carey's Passwords |
| 162 | | | | X | Brockway's Email Flight to Nashville |
| 163 | | | | X | Brockway's Email Flight to Memphis |
| 167 | | | | X | Brockway's Email from Hertz Rental Car |
| 168 | | | | X | Brockway's Email from Hertz Rental Car |
| 175 | | | | X | Brockway's Email Hampton Inn Receipt |
| 160 | | | | X | Records from United Airlines |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| | | USA | | vs. | MAUND, BROCKWAY, CAREY | CASE NO. 3:21-cr-00288 |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| 161 | | | | X | Declaration from United Airlines | |
| 165 | | | | X | Hertz Records | |
| 166 | | | | X | Certification | |
| 169 | | | | X | Photograph of Hertz Rental Car | |
| 170 | | | | X | Photograph of Hertz Rental Car | |
| 171 | | | | X | Photograph of Hertz Rental Car | |
| 172 | | | | X | Photograph of Hertz Rental Car | |
| 173 | | | | X | Photograph of Hertz Rental Car | |
| 311 | | | | X | Find My Disabled for Brockway | |
| 330 | | | | X | Brockway New Iphone | |
| 331 | | | | X | Brockway Service Summary Showing Upgrade | |
| 325 | | | | X | Carey's Verizon Certification | |
| 326 | | | | X | Carey's Verizon Records | |
| 340 | | | | X | Image of Carey's License Plate | |
| 341 | | | | X | Image of Carey's License Plate | |
| 342 | | | | X | Excel Sheet from Texas DOT | |
| 312 | | | | X | Email from Carey to CCI re: ammunition | |
| 140 | | | | X | Interview of Erik Maund | |
| 176 | | | | X | Carey's Itemized Statement for Nashville Travel Expenses | |
| | M67 | | | X | Surveillance Video from Ms. Williams' house | |
| | M68 | | | X | Surveillance Video from Ms. Williams' house | |
| | M69 | | | X | Surveillance Video from Ms. Williams' house | |
| | M70 | | | X | Surveillance Video from Ms. Williams' house | |
| | M71 | | | X | Surveillance Video from Ms. Williams' house | |
| | M72 | | | X | Surveillance Video from Ms. Williams' house | |
| | M73 | | | X | Surveillance Video from Ms. Williams' house | |
| | M74 | | | X | Surveillance Video from Ms. Williams' house | |

Page 4 of 10 Pages

| | | | | | | |
|---|---|---|---|---|---|---|
| USA | | | vs. | MAUND, BROCKWAY, CAREY | | CASE NO. 3:21-cr-00288 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
|---|---|---|---|---|---|---|
| | M75 | | | X | Surveillance Video from Ms. Williams' house | |
| | M76 | | | X | Surveillance Video from Ms. Williams' house | |
| | M77 | | | X | Surveillance Video from Ms. Williams' house | |
| | M29 | | | X | Text messages between Williams and Carey (Jimmy Green#) | |
| | M30 | | | X | Text Messages between Lanaway and Williams | |
| | M31 | | | X | Text Messages between Lanaway and Williams | |
| | M79 | | | X | Text Message between Williams and Carol Colt | |
| | M58 | | | X | PayPal Email to LaylaLove | |
| | M53 | | | X | Excerpt Messages from Layla Love | |
| | M50 | | | X | Williams' Bank Account | |
| | M23 | | | X | Apex Analytics Report Prepared for Speartip Security | |
| | M24 | | | X | Speartip Security Report Prepare for Charles Maund | |
| | M25 | | | X | MII Mitigation Report | |
| | M26 | | | X | PLL Exposure Report-Monthly Update | |
| | M27 | | | X | PLL Exposure Report-Monthly Update | |
| | M10 | | | X | Speartip Enterprises Bank Statement | |
| | M11 | | | X | Speartip Enterprises Bank Statement | |
| | M12 | | | X | Speartip Enterprises Bank Statement | |
| | M13 | | | X | Speartip Enterprises Bank Statement | |
| | M14 | | | X | Speartip Enterprises Bank Statement | |
| | M15 | | | X | Speartip Enterprises Bank Statement | |
| | M16 | | | X | Speartip Enterprises Bank Statement | |
| | M17 | | | X | Speartip Enterprises Bank Statement | |
| | M3 | | X | | Transcript of Audio Recording, December 10, 2021 | |
| | M92 | | | X | Handwritten Note from Agent | |
| | M87 | | | X | FBI Advice of Rights | |
| | M80 | | | X | Surveillance Video Screenshot | |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | MAUND, BROCKWAY, CAREY | CASE NO. 3:21-cr-00288 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | M82 | | | X | Surveillance Video Screenshot |
| | M83 | | | X | Surveillance Video Screenshot |
| | M84 | | | X | Surveillance Video Screenshot |
| | | | | | |
| | M85 | 11/8/2023 | X | | People Chart (Demonstrative Only) |
| | M142 | | | X | Walmart Receipt |
| | M143 | | | X | Walmart Receipt |
| | M147 | | | X | Letter to David Conaway |
| W | | | | | WIT: David Conaway |
| 306 | | | | X | Conaway Flight Information |
| 305 | | | | X | Conaway Rental Car Information |
| 304 | | | | X | Conaway's Hotel Receipt |
| 96 | | | | X | Google Maps Image of Apartment |
| 32 | | | | X | Williams Apartment Building |
| 280 | | | | X | Text Messages Between Carey and Conaway-baggin in time in Nashville to Memphis |
| 281 | | | | X | Signal Messages with ARCO (Carey)-always interested/similar in nature to last March |
| 282 | | | | X | Signal Messages with ARCO (Carey)-meeting in Raleigh/4 hour notice |
| 283 | | | | X | Signal Messages with ARCO (Carey)-just tell me 6 hours prior on that day |
| 284 | | | | X | Signal Messages with ARCO (Carey)-meet at 1700 |
| 285 | | | | X | Signal Messages with ARCO (Carey)-address of meeting location |
| 286 | | | | X | Signal Messages with ARCO (Carey)-deleted message/cover stop |
| 287 | | | | X | Signal Messages with INK (Broadway)-showing Violent Gentlemen's Society Logo |
| 288 | | | | X | Signal Messages with INK (Broadway)-potential project/talked to A |
| 289 | | | | X | Signal Messages with INK (Broadway)-send me your location |
| 290 | | | | X | Signal Messages with INK (Broadway)-further conversation about location |
| 291 | | | | X | Signal Messages with INK (Broadway)-sorry for freaking out |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | | vs. | | MAUND, BROCKWAY, CAREY | CASE NO. 3:21-cr-00288 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 292 | | | | X | Signal Messages with INK (Broadway)-meet up in Austin |
| 293 | | | | X | Signal Messages with INK (Broadway)-good news/120 approved |
| 294 | | | | X | Signal Messages with INK (Broadway)-360/hope it helps him legally |
| 125 | | | | X | Phone Call between Carey and Conaway, 9/21/2021 |
| 127 | | | | X | Phone Call between Brockway and Conaway, 9/22/2021 |
| 131 | | | | X | In-Person Meeting between Brockway and Conaway, 10/25/2021 |
| | C1 | | | X | Copy of Cable Ties Package |
| 129 | | 11/9/2023 | | X | In-Person Meeting with Carey and Conaway, 9/29/2021 |
| 133 | | | | X | Phone Call Between Brockway and Conaway |
| | M90 | | | X | Photo of Apartment Parking Lot |
| | M91 | | | X | Photo of Apartment Parking Lot |
| | C2 | | | X | Video from Bar |
| W | | | | | WIT: Matthew Wilson |
| W | | | | | WIT: Anthony Repinski |
| 301 | | | | X | Flight Information |
| 300 | | | | X | Flight Reservation |
| 303 | | | | X | Venmo Information |
| W | | | | | WIT: SA Andre Marshall |
| 250-253 | | | | X | Photographs of Ammunition and Cash |
| 255-256 | | | | X | Photographs of Ammunition |
| 258 | | | | X | Photograph of Box of CCI Ammunition |
| 260-265 | | | | X | Photographs of Carey's Truck |
| W | | 11/14/2023 | | | WIT: Johnanthan Hoyt |
| 84 | | | | X | Still Image from TigerMart |
| 87 | | | | X | Comparison Report of Vehicles |
| W | | | | | WIT: Officer Kenneth Wolfe |
| 25 | | | | X | Photograph of Road Outside of Apartment |

| USA | | vs. | MAUND, BROCKWAY, CAREY | | CASE NO. 3:21-cr-00288 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 26 | | | | X | Photograph of Cartridge |
| 27 | | | | X | Photograph of Cartridge |
| 28 | | | | X | Photograph of Cartridge and Glass |
| 29 | | | | X | Photograph of Cartridge and Glass |
| 30 | | | | X | Photograph of Cartridge |
| 31 | | | | X | Photograph of Cartridge and Glass |
| 69 | | | | X | Shell Casing from Apartment Lot* |
| 70 | | | | X | Shell Casing from Apartment Lot* |
| W | | | | | WIT: SA E.R. Garcia |
| 204 | | | | X | Peled Texting Maund Requesting a Review on Website |
| 205 | | | | X | Maund Cellebrite Report |
| W | | | | | WIT: SA Carla Rexing |
| 117 | | | | X | Cell Site Analysis Report |
| 320 | | | | X | Maund Switching SIM Cards |
| 321 | | | | X | Peled Switching SIM Cards |
| W | | | | | WIT: SA Austin Wheeler |
| 350 | | | X | | Bank Records |
| 351 | | | X | | Bank Records |
| 352 | | | X | | Bank Records |
| 353 | | | | X | Maund's Checks Cashed for $15,000 |
| 354 | | | | X | Peled's Cash Deposit to Personal Account $7,000 |
| 355 | | | | X | Peled's Cash Deposit to Speartip Account $7,000 |
| 356 | | | | X | Maund's Wire Trsnsfer to Peled |
| 358 | | | | X | Peled's Account Showing Receipt of Wire Transfer |
| 359 | | | | X | Transaction Summary Chart |
| 360 | | | | X | Chart of Peled's Cash In/Out |
| W | | | | X | WIT: Dr. Randy Tashjian |

Page  8  of  10  Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | MAUND, BROCKWAY, CAREY | CASE NO. 3:21-cr-00288 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 54 | | | | X | Autopsy X-ray Williams |
| 55 | | | | X | Autopsy Photograph |
| 56 | | | | X | Autopsy X-ray Lanway |
| 57 | | | | X | Autopsy X-Ray Williams |
| 58 | | | | X | Autopsy Photograph |
| 59 | | | | X | Autopsy Photograph |
| 67 | | | | X | Bullet Fragment* |
| 68 | | | | X | Bullet Fragment* |
| 63 | | | | X | Bullet Fragment* |
| 64 | | | | X | Bullet Fragment* |
| 65 | | | | X | Bullet Fragment* |
| 66 | | | | X | Bullet Fragment* |
| | | | | | GOVERNMENT RESTED |
| | MW | 11/15/2023 | | | WIT: Chad Brockway |
| | 148 | | | X | Email from Chad Brockway to Peled, re: Cyber Intelligence Proposal |
| | 149 | | | X | Edgeworth Proposal Prepared for Speartip Enterprises, 3/5/2020 |
| | 150 | | | X | Email from Chad Brockway to Peled re: Person of Interest |
| | 151 | | | X | Customer Intelligence Report-Williams |
| | 152 | | | X | Email from Brockway to Peled re: Missing Person, 3/6/2020 |
| | 23 | | | X | March 10, 2020 Proposal to Peled |
| | 24 | | | X | March 12, 2020 Proposal to Maund |
| | 153 | | | X | Email from Brockway |
| | 25 | | | X | March 2020 PII Report |
| | 26 | | | X | April 2020 PII Report |
| | 27 | | | X | May 2020 PII Report |
| 229 | | | | X | Email to Peled to Maund, re: Your conversation (Admitted by Maund) |
| | MW | | | | WIT: Jeff Lanman via deposition |

Page 9 of 10 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| USA | vs. | MAUND, BROCKWAY, CAREY | CASE NO. 3:21-cr-00288 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | MW | | | | WIT: Brian Bishop |
| | 154 | | | X | Marital Dissolution Agreement |
| | MW | | | | WIT: Christopher Walton |
| | 155 | | | X | Walton's CV |
| | | | | | DEFENDANT MAUND RESTS |
| | | | | | |
| | C6 | | | X | Stipulation |
| | | | | | DEFENDANT CAREY RESTS |
| | | | | | |
| | BW | | | | WIT: Madeline Hire |
| | 12 | | | X | Photograph of Brockway at the Beach |
| | 13 | | | X | Photograph of Brockway at the Beach |
| | BW | | | | WIT: Danielle Brockway |
| | | | | | DEFENDANT BROCKWAY RESTS |
| | | | | | |
| | | 11/9/2023 | | | OFFER OF PROOF (Outside Presence of Jury) |
| | CW | | | | WIT: David Conaway |
| | C3 | | X | | Flash Drive (Recording of Conversation bewteen Brockway and Conaway) |
| | C4 | | X | | Flash Drive (Recording of Conversation bewteen Brockway and Conaway) |