# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA V. ERIK CHARLES MAUND, BRYON BROCKWAY and ADAM CAREY | AMENDED EXHIBIT AND WITNESS LIST Case Number: 3:21-cr-00288 |
|---|---|

| PRESIDING JUDGE William L. Campbell, Jr. | PLAINTIFF'S ATTORNEY Rob McGuire, Brooke Farzad | DEFENDANT'S ATTORNEY Luke Evans, Benjamin Perry, David Gonzalez, Samuel Bassett |
|---|---|---|
| TRIAL DATE (S) November 1-17, 2023 | COURT REPORTER Patty Jennings | COURTROOM DEPUTY Angie Brewer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 11/3/2023 | | | WIT: Jose Velasco |
| X | | 11/3/2023 | | | WIT: Caleb Foster (Officer) |
| 1 | | 11/3/2023 | X | X | Photo of Construction Site and Gravel Road with Yellow Tape |
| 2 | | 11/3/2023 | X | X | Photo of Gravel Road with Yellow Tape and House in Background |
| 3 | | 11/3/2023 | X | X | Distant Photo of Car in the Ditch off the Gravel Road |
| 4 | | 11/3/2023 | X | X | Photo of Rear View of Car in the Ditch Crashed into Tree |
| 5 | | 11/3/2023 | X | X | Photo of Driver's Side View of Car in the Ditch Crashed into Tree |
| 6 | | 11/3/2023 | X | X | Photo of Passenger's Side View of Car in the Ditch Crashed into Tree |
| 7 | | 11/3/2023 | X | X | Photo of Car Doors on Driver's Side with Airbag Deployed |
| 8 | | 11/3/2023 | X | X | Photo of Blood on Back Car Door (Driver's Side) |
| 9 | | 11/3/2023 | X | X | Close-up Photo of Blood on Car Door |
| 10 | | 11/3/2023 | X | X | Photo of William Lanway on the Front Passenger Floorboard |
| 11 | | 11/3/2023 | X | X | Photo of Holly Williams on the Backseat Floorboard, with Glass and Blood on Seats |
| 12 | | 11/3/2023 | X | X | Photo of Holly Williams' Back and Blood on the Back of the Front Seats |
| 13 | | 11/3/2023 | X | X | Photo of the Upper Back and Head of Holly Williams, with Blood on her Arms, and Glass on Seat and Floor |
| 14 | | 11/3/2023 | X | X | Photo of Blood on the Driver's Seat with William Lanway's Body on the Passenger Side |
| 15 | | 11/3/2023 | X | X | Photo of Cartridge Casing on Driver's Seat Floor (Distant) |
| 16 | | 11/3/2023 | X | X | Photo of Cartridge Casing on Driver's Seat Floor (Close-up) |
| 17 | | 11/3/2023 | X | X | Photo of Driver's Side Door Frame and Broken Glass in Rear Driver's Side Window |
| 18 | | 11/3/2023 | X | X | Photo of Hand Wearing a Blue Glove Holding Cartridge Casing |
| 19 | | 11/3/2023 | X | X | Photo of Driver Side Door Open with Airbag Deployed and William Lanway's Body on Passenger Side. |
| 20 | | 11/3/2023 | X | X | Photo of Blood in the Driver's Side Door Frame and Broken Glass |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 12 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | ERIK CHARLES MAUND, BRYON BROCKWAY AND ADAM CAREY | | CASE NO. 3:21-cr-00288 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 21 | | 11/3/2023 | X | X | Photo of Open Front Passenger Door |
| 22 | | 11/3/2023 | X | X | Photo of Defect in Passenger Front Door (Inside) |
| 94 | | 11/3/2023 | X | X | Crime Scene Diagram (Gravel Road/Old Hickory Boulevard) |
| 62 | | 11/3/2023 | X | X | Shell Casing- Front Driver Side Floorboard (Physical) |
| X | | 11/3/2023 | | | WIT: Charles Linville (Officer) |
| 33 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle with Zip-tied Driver's Door. |
| 34 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle with Zip-tied Driver's Door Taken from Another Angle (Steering Wheel with Deployed Airbag Visible). |
| 35 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle with Glass and Blood in Back Seat |
| 36 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle (Measurement of Door Handle) |
| 37 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle (Measurement of Door) |
| 38 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle of Dent in Door (Red Number 1 Visible in Photo) |
| 39 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle of Dent in Door (Red Number 2 Visible in Photo) |
| 40 | | 11/3/2023 | X | X | CSI Exam Photo of Driver Seat, Open Door, and Front Driver's Side (A Purple Glove is Visible) |
| 41 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle with Flight Path Rod in Passenger Door (From Exterior) |
| 42 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle with Flight Path Rod in Passenger Door (From Interior) |
| 43 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle with Flight Path Rod in Passenger Door (From Interior – Window Control Visible) |
| 44 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle with Defect in Passenger Door (Door Panel Removed) |
| 45 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle of Close-up of Defect |
| 46 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle with Bullet Fragment in Passenger Door |
| 47 | | 11/3/2023 | X | X | CSI Exam Photo of Vehicle with Bullet Fragment in Passenger Door (Close-up) |
| 48 | | 11/3/2023 | X | X | CSI Exam Photo Measurement of Bullet Fragment (Close-up) |
| 49 | | 11/3/2023 | X | X | CSI Exam Photo of Mark on Passenger Door Frame (Passenger Seat and Wall Visible) |
| 50 | | 11/3/2023 | X | X | CSI Exam Photo of Mark on Passenger Door Frame (Close-up) |
| 51 | | 11/3/2023 | X | X | CSI Exam Photo of Bullet Fragment in Door (Purple Gloves Visible) |
| 52 | | 11/3/2023 | X | X | CSI Exam Photo of Bullet Fragment in Door (White Door Frame Visible) |
| 53 | | 11/3/2023 | X | X | CSI Exam Photo of Measurement of Bullet Fragment (CM, 1-4 Visible) |
| 60 | | 11/3/2023 | X | X | Bullet Fragment – Inside Front Passenger Door |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| UNITED STATES OF AMERICA vs. | | | ERIK CHARLES MAUND, BRYON BROCKWAY AND ADAM CAREY | | CASE NO. 3:21-cr-00288 | |
|---|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES | |
| 61 | | 11/3/2023 | X | X | Bullet Fragment – Front Passenger Door Frame | |
| X | | 11/3/2023 | | | WIT: David Earl Willover, Jr. (Detective) | |
| 91 | | 11/3/2023 | X | X | Photograph of Holly Williams | |
| 92 | | 11/3/2023 | X | X | Photograph of Holly Williams and William Lanway | |
| 310 | | 11/3/2023 | X | X | Email From: Erik Moore cartrash33@yahoo.com To: Layla Love laylalove4u@gmail.com Date: 2/3/2020, 4:34 PM | |
| 101 | | 11/3/2023 | X | X | Pinger Customer Information Sheet for "Layla Love" (Holly Williams) | |
| 102 | | 11/3/2023 | X | X | CD of Pinger Messages between Williams and "Erik" | |
| 103 | | 11/3/2023 | X | X | Pinger Messages from Jimmy Green's Account | |
| 105 | | 11/3/2023 | X | X | Pinger Customer Information Sheet for "Jim S" (jimmygreen34@gmail.com) | |
| 106 | | 11/3/2023 | X | X | CD of Pinger Messages between Jimmy Green and Williams' Pinger Account | |
| 107 | | 11/3/2023 | X | X | CD of Pinger Messages between Jimmy Green and Holly Williams' Personal Number | |
| 108 | | 11/3/2023 | X | X | CD of Pinger Messages between Jimmy Green and Lanway | |
| 90 | | 11/3/2023 | X | X | Photo of Adam Carey | |
| 23 | | 11/3/2023 | X | X | Photo of Wyze Camera Outside Williams' Apartment (Door, Column and "Wel" Visible) | |
| 24 | | 11/3/2023 | X | X | Photo of Wyze Camera Outside Williams' Apartment (Close-up) | |
| 75 | | 11/3/2023 | X | X | CD of Wyze Surveillance Footage from Williams' Apartment (men at door covering camera) | |
| 95 | | 11/3/2023 | X | X | Screenshot from Wyze Surveillance Footage (2020-03-10 15:19:42) | |
| 76 | | 11/3/2023 | X | X | CD of Wyze Surveillance Footage from Williams' Apartment (Williams placing door stop) | |
| 77 | | 11/3/2023 | X | X | CD of Wyze Surveillance Footage from Williams' Apartment (Repinski talking at door) | |
| 78 | | 11/3/2023 | X | X | CD of Wyze Surveillance Footage from Williams' Apartment (Repinski knocking on door – interior view) | |
| 79 | | 11/3/2023 | X | X | CD of Wyze Surveillance Footage from Williams' Apartment (Williams going into her room) | |
| 80 | | 11/3/2023 | X | X | CD of Wyze Surveillance Footage from Williams' Apartment (man at door moving camera – evening of 3/11/20) | |
| 81 | | 11/3/2023 | X | X | CD of Wyze Surveillance Footage from Williams' Apartment (man at door moving camera – morning of 3/12/20) | |
| 82 | | 11/3/2023 | X | X | CD of Wyze Surveillance Footage from Williams' Apartment (Williams and Lanway leaving apartment) | |
| X | | 11/3/2023 | | | WIT: Anthony Daniel (Detective) | |
| 93 | | 11/3/2023 | X | X | Google Aerial Map (Distance between Hillmeade Apartment Homes and 497 Old Hickory Boulevard) | |
| 83 | | 11/3/2023 | X | X | CD of Surveillance Footage from TigerMart | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of 12 Pages

| UNITED STATES OF AMERICA | | vs. | ERIK CHARLES MAUND, BRYON BROCKWAY AND ADAM CAREY | | CASE NO. 3:21-cr-00288 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 85 | | 11/3/2023 | X | X | Screenshot from TigerMart Surveillance Footage (camera16_20_25_0) (03/12/2020 23:50:30) |
| X | | 11/6/2023 | | | WIT: James Michael DiMeo |
| 150 | | 11/6/2023 | X | X | Speartip Security Group Agreement for Personal Security Services between Speartip Security Group and Charles Maund Toyota (9 Pages) |
| 151 | | 11/6/2023 | X | X | Speartip Security Group Invoices to Charles Maund Toyota (Invoice Nos. 1070, 1072, 1074, 1079, 1083, 1091, 1094, 1097, 1101, 1104, 1112, 1117, 1124, 1132, 1139, 1148, 1157, 1161, 1169, 1174, 1178, 1185, 1187 and 1196) |
| X | | 11/6/2023 | | | WIT: Gilad Peled |
| 225 | | 11/6/2023 | X | X | Edgeworth Customer Intelligence Report – Individual of Interest Holly Ann Williams |
| 236 | | 11/6/2023 | X | X | Tennessee Situational Report ("Tennessee Sit Rep") |
| 230 | | 11/6/2023 | X | X | Email dated 3/11/2020, from Gilad Peled <gil@spear-tip.com> to Chad Brockway <chad.brockway@apexdataanalytics.com> (delay in mission in Tennessee) |
| 228 | | 11/6/2023 | X | X | Email dated 3/12/2020, From: Chase <no.reply.alters@chase.com> (Chase Bank) To: gil@spear-tip.com (Peled) ($150,000 Wire) |
| 120 | | 11/6/2023 | X | X | CD of Recorded Consensual Call between Peled and Maund on December 10, 2021 |
| | B1 | 11/6/2023 | X | X | Resume of Gil Peled |
| 233 | | 11/6/2023 | X | X | Email dated 3/12/202, from Gilad Peled to Erik Maund ("Message me at signal…") |
| 202 | | 11/6/2023 | X | X | Bryan Brockway's Google Review of Speartip Security Group |
| 201 | | 11/6/2023 | X | X | Erik Maund's Google Review of Speartip |
| 235 | | 11/6/2023 | X | X | Confidential Polygraph Report of Erik Maund (05/24/2021) |
| X | | 11/7/2023 | | | WIT: Justin Noble (Agent) |
| X | | 11/7/2023 | | | WIT: David Som (Agent) |
| 177 | | 11/7/2023 | X | X | JW Marriott Reservation for 2/5/20 (Account: 169886) (Guest: Maund/Erik/Mr) |
| 178 | | 11/7/2023 | X | X | JW Marriott Incidental Details for 2/5/20 (Account: 169886) (Maund/Erik/Mr) |
| 110 | | 11/7/2023 | X | X | CD of Carey's Phone Records 910-581-5593 |
| 111 | | 11/7/2023 | X | X | CD of Peled's Phone Records 512-466-3121 |
| 112 | | 11/7/2023 | X | X | CD of Conway's Phone Records 253-320-0410 (Conway Historical Cell Site) |
| 113 | | 11/7/2023 | X | X | CD of Maund's Phone Records 512-656-3570 |
| 115 | | 11/7/2023 | X | X | CD of Williams' Phone Records 615-969-8440 |
| 116 | | 11/7/2023 | X | X | CD of Lanway's Phone Records 615-574-4126 |
| 350 | | 11/7/2023 | X | X | CD of Native Records from Maund's Merrill Lynch Accounts |
| 357 | | 11/7/2023 | X | X | JPMorgan Chase Bank Records for Speartip Enterprises, Inc. Reflecting Wire Transfers from Erik C. Maund |

Page   4   of   12   Pages

| UNITED STATES OF AMERICA | | vs. | ERIK CHARLES MAUND, BRYON BROCKWAY AND ADAM CAREY | | CASE NO. 3:21-cr-00288 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 180 | | 11/7/2023 | X | X | CD of Brockway's JP Morgan/Chase Records |
| 181 | | 11/7/2023 | X | X | Bryon Brockway's JPMorgan Chase Statement (Starbucks Purchase on 03/11 in the amount of $5.41) |
| 182 | | 11/7/2023 | X | X | CD of Carey's Marine Federal Credit Union Records |
| 183 | | 11/7/2023 | X | X | Adam Carey's Bank Statement (Starbucks Purchase on 03/11 in the amount of $14.25) |
| 179 | | 11/7/2023 | X | X | Record from Starbucks for Purchases made on 3/11/2020, at Store Number 9779 |
| 276 | | 11/7/2023 | X | X | 07/03/2020 Email From: TextFree <notifications@p.pinger.com> To: Agent47<jimmygreen34@gmail.com> |
| 275 | | 11/7/2023 | X | X | Photo of Sheet of Paper with a Phone Number and Passwords |
| 162 | | 11/7/2023 | X | X | 3/10/2020, Email from United Airlines to Brockway (Flight to Nashville) (Confirmation Number: G2RY1V) |
| 163 | | 11/7/2023 | X | X | 3/13/2020, Email from United Airlines to Brockway (Flight from Memphis) (Confirmation Number: L5EKGS) |
| 167 | | 11/7/2023 | X | X | Brockway's Hertz Rental Receipt (RR 520853966) |
| 168 | | 11/7/2023 | X | X | 3/13/2020, Email from Hertz to Brockway (Subject: Hertz Receipt) |
| 175 | | 11/7/2023 | X | X | 3/12/2020, Email from receipt@hilton.com to Brockway (Hampton Inn & Suites – Nashville-Green Hills Receipt) |
| 160 | | 11/7/2023 | X | X | CD of Records from United Airlines |
| 161 | | 11/7/2023 | X | X | Declaration from United Airlines |
| 165 | | 11/7/2023 | X | X | Hertz Records for Bryon Brockway (3/11/2020 -3/15/2020) |
| 166 | | 11/7/2023 | X | X | Certificate of Authenticity of Domestic Records Pursuant to Federal Rules of Evidence 902(11) and 902(13) (Hertz Corporation) |
| 169 | | 11/7/2023 | X | X | Photo of Passenger Side of Hertz Rental Car (White Van Visible) |
| 170 | | 11/7/2023 | X | X | Photo of Passenger Side and Front of Hertz Rental Car (Seven Signs Visible) |
| 171 | | 11/7/2023 | X | X | Photo of Passenger Side of Hertz Rental Car (Six Signs Visible) |
| 172 | | 11/7/2023 | X | X | Photo of Driver's Side and Front of Hertz Rental Car |
| 173 | | 11/7/2023 | X | X | Photo of Driver's Side of Hertz Rental Car (Night) |
| 311 | | 11/7/2023 | X | X | 3/14/2020 Email to 0betrayal@gmail.com; Subject: Find My has been disabled on iNk (Brockway) |
| 330 | | 11/7/2023 | X | X | 3/16/2020 Email from Verizon to no.contraint@gmail.com; Subject: Hello, again, Bryon. Let's Get you set up on your new iPhone 11 Pro Max |
| 331 | | 11/7/2023 | X | X | Phone Upgrade Service Summary (Customer Information: Bryon Brockway) |
| 325 | | 11/7/2023 | X | X | Custodian of Records Certificate from Verizon (Case No. 20291578) |
| 326 | | 11/7/2023 | X | X | CD of Carey's Verizon Records |
| 340 | | 11/7/2023 | X | X | Photo of Back of Dodge 4X4 with North Carolina Plate BAT-8762 |
| 341 | | 11/7/2023 | X | X | Photo of License Plate BAT-8762 |
| 342 | | 11/7/2023 | X | X | CD Containing Texas Department of Transportation Excel Spreadsheet |

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | vs. | ERIK CHARLES MAUND, BRYON BROCKWAY AND ADAM CAREY | | CASE NO. 3:21-cr-00288 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 375 | | 11/7/2023 | X | | PowerPoint of Information (Demonstrative Only) (ID) |
| 312 | | 11/7/2023 | X | X | Email from Adam Carey to cciexpert, Re: CCI Ammo – As the Expert Form |
| 140 | | 11/7/2023 | X | X | CD of Interview of Erik Maund |
| 141 | | 11/7/2023 | X | | Transcript of Interview of Erik Maund (ID) |
| 176 | | 11/7/2023 | X | X | Itemized Nashville Travel Expenses (Adam, David, Special expenses) |
| | M67 | 11/7/2023 | X | X | Surveillance Video from Ms. Williams' house (January 10, 2020) (On Flash Drive) |
| | M68 | 11/7/2023 | X | X | Surveillance Video from Ms. Williams' house (William Lanway on cell phone) (On Flash Drive) |
| | M69 | 11/7/2023 | X | X | Surveillance Video from Ms. Williams' house (Holly Williams Placing a Camera Behind a Wreath) (On Flash Drive) |
| | M70 | 11/7/2023 | X | X | Surveillance Video from Ms. Williams' house (Holly Williams – Covering the camera) (On Flash Drive) |
| | M71 | 11/7/2023 | X | X | Surveillance Video from Ms. Williams' house (January 11, 2020 - Holly Williams - door lock/dead bolt) (On Flash Drive) |
| | M72 | 11/7/2023 | X | X | Surveillance Video from Ms. Williams' house (Talking to Text) (On Flash Drive) |
| | M73 | 11/7/2023 | X | X | Surveillance Video from Ms. Williams' house (Holly Williams Upset) (On Flash Drive) |
| | M74 | 11/7/2023 | X | X | Surveillance Video from Ms. Williams' house (On Flash Drive) |
| | M75 | 11/7/2023 | X | X | Surveillance Video from Ms. Williams' house (January 11, 2020) (On Flash Drive) |
| | M76 | 11/7/2023 | X | X | Surveillance Video from Ms. Williams' house (January 12, 2020 - Officers in the Apartment) (On Flash Drive) |
| | M77 | 11/7/2023 | X | X | Surveillance Video from Ms. Williams' house (January 12, 2020 – Holly Williams Talking to Officers) (On Flash Drive) |
| | M29 | 11/7/2023 | X | X | Message Chain Beginning 2020-03-30 and ending 2020-03-08 |
| | M30 | 11/7/2023 | X | X | Digital Spreadsheet of Text Messages between Lanway and Williams Beginning 2/2/2020 and Ending 3/10/2020 (on Flash Drive) |
| | M31 | 11/7/2023 | X | X | Messages from William Lanway Cell Phone and Messages from Holly Williams Pinger (Beginning 2020-03-12 and Ending 2020-03-10) (on Flash Drive) |
| | M79 | 11/7/2023 | X | X | Text Message between Layla Love (Holly Williams) and Carol Colt Regarding Erik Maund (2020-02-06) |
| | M58 | 11/7/2023 | X | X | Email dated 2/28/2020, from service@paypal.com to Holly Williams <laylalove4u@gmail.com (Subject: You've got money) |
| | M53 | 11/7/2023 | X | X | Excerpt of Pinger Messages from Layla Love (Messages dated between 2020-02-14 and 2020-02-23) |
| | M50 | 11/7/2023 | X | X | Holly A. Williams' Bank of America Combined Statement for February 11, 2020, to March 12, 2020 |
| | M23 | 11/7/2023 | X | X | Apex Analytics Proposal Prepared for: Speartip Security, dated March 10, 2020 |
| | M24 | 11/7/2023 | X | X | Speartip Security Proposal Prepared for: Charles Maund, dated March 12, 2020 |
| | M25 | 11/7/2023 | X | X | Speartip Security PII Mitigation Report for Erik C. Maund, dated March 31, 2020 |
| | M26 | 11/7/2023 | X | X | Speartip Security PII Exposure Report-Monthly Update for Erik C. Maund, dated April 30, 2020 |
| | M27 | 11/7/2023 | X | X | Speartip Security PII Exposure Report-Monthly Update for Erik C. Maund, dated May 29, 2020 |
| | M10 | 11/7/2023 | X | X | Speartip Enterprises Inc.'s Chase Total Business Checking Statement for November 1, 2019, through November 29, 2019 |

| UNITED STATES OF AMERICA | | vs. | ERIK CHARLES MAUND, BRYON BROCKWAY AND ADAM CAREY | | CASE NO. 3:21-cr-00288 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|  | M11 | 11/7/2023 | X | X | Speartip Enterprises Inc.'s Chase Total Business Checking Statement for November 30, 2019, through December 31, 2019 |
|  | M12 | 11/7/2023 | X | X | Speartip Enterprises Inc.'s Chase Total Business Checking Statement for January 1, 2020, through January 31, 2020 |
|  | M13 | 11/7/2023 | X | X | Speartip Enterprises Inc.'s Chase Total Business Checking Statement February 1, 2020, through February 28, 2020 |
|  | M14 | 11/7/2023 | X | X | Speartip Enterprises Inc.'s Chase Total Business Checking Statement for February 29, 2020, through March 31, 2020, Including Deposit and Withdrawal Slips |
|  | M15 | 11/7/2023 | X | X | Speartip Enterprises Inc.'s Chase Total Business Checking Statement for April 1, 2020, through April 30, 2020 |
|  | M16 | 11/7/2023 | X | X | Speartip Enterprises Inc.'s Chase Total Business Checking Statement for May 1, 2020, through May 29, 2020 |
|  | M17 | 11/7/2023 | X | X | Speartip Enterprises Inc.'s Chase Total Business Checking Statement for May 30, 2020, through June 30, 2020 |
|  | M92 | 11/7/2023 | X | X | Handwritten Note from Agent (One of the shooters from the Nashville hit….) |
|  | M87 | 11/7/2023 | X | X | Federal Bureau of Investigation Advice of Rights dated 12/10/21 |
|  | M80 | 11/7/2023 | X | X | Surveillance Video Screenshot of 4103 Churchill Downs Dr, Austin, TX |
|  | M81 | 11/7/2023 |  | X | Surveillance Video Screenshot of 4103 Churchill Downs Dr, Austin, TX |
|  | M82 | 11/7/2023 | X | X | Surveillance Video Screenshot of 4103 Churchill Downs Dr, Austin, TX |
|  | M83 | 11/7/2023 | X | X | Surveillance Video Screenshot of 4103 Churchill Downs Dr, Austin, TX |
|  | M84 | 11/7/2023 | X | X | Surveillance Video Screenshot of 4103 Churchill Downs Dr, Austin, TX |
|  | M85 | 11/8/2023 | X |  | People Link Chart (Demonstrative Only) (ID) |
|  | M142 | 11/8/2023 | X | X | Walmart Receipt dated 03/09/20, in the amount of $32.48 |
|  | M143 | 11/8/2023 | X | X | Walmart Receipt dated 03/08/20, in the amount of $17.28 |
|  | M147 | 11/8/2023 | X | X | Letter from Brett Shields, Supervisory Special Agent, to David Conaway |
|  | C1 | 11/8/2023 | X | X | Photocopy of Hyper Tough 4-Inch Cable Ties Packaging |
| X |  | 11/8/2023 |  |  | WIT: David Erik Conaway |
| 306 |  | 11/8/2023 | X | X | United Airlines Flight Records for David Conaway (Tkt Num 0162499378869, 3/11/2020, and Tkt Num 0162498673758, 3/7/2020) |
| 305 |  | 11/8/2023 | X | X | Hertz Rental Car Records for David Conaway (Rental Record #428570310) (3/7/2020 – 3/11/2020) |
| 304 |  | 11/8/2023 | X | X | David Conaway's Hampton Inn & Suites Hotel Receipt (Confirmation Number: 97383275) (3/7/2020 – 3/11/2020) |
| 96 |  | 11/8/2023 | X | X | Google Maps Image of 1406 Hillmeade Drive |
| 32 |  | 11/8/2023 | X | X | Photo of Holly Williams' Apartment Building |
| 280 |  | 11/8/2023 | X | X | Text Messages Between Carey (Arco) and Conaway ("Ink and I had a baggin time in Nashville to Memphis….") |
| 281 |  | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and ARCO (Carey) ("…similar in nature to last March.") ("Always Interested") |
| 282 |  | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and ARCO (Carey) ("I'm gonna be in Raleigh on Thursday and wanted to link up….") ("….give me about a 4 hour notice") |

| UNITED STATES OF AMERICA | | vs. | ERIK CHARLES MAUND, BRYON BROCKWAY AND ADAM CAREY | CASE NO. 3:21-cr-00288 |
|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 283 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and ARCO (Carey) ("Just tell me about 6 hours prior on that day…") |
| 284 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and ARCO (Carey) ("Let's do about 1700 today.") |
| 285 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and ARCO (Carey) Regarding Meeting Location (205 E. Franklin St.") |
| 286 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and ARCO (Carey) with a deleted message ("…I'll make a cover stop…") |
| 287 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and INK (Brockway) Showing Violent Gentlemen's Society Logo |
| 288 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and INK (Brockway) ("Hey man, spoke to A yesterday about a potential project.…") |
| 289 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and INK (Brockway) ("Can you send me your location here on Signal….") |
| 290 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and INK (Brockway) Containing Google Maps Location (413 Eden St., Herndon, VA 20170, United States) |
| 291 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and INK (Brockway) ("I apologize for freaking y'all out….") |
| 292 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and INK (Brockway) regarding meeting up in Austin ("I can be in Austin in like 2.5 hours…) |
| 293 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and INK (Brockway) (21:41) ("Good news") ("120 approved") |
| 294 | | 11/8/2023 | X | X | Photo of Signal Messages Between Conaway and INK (Brockway) ("As in, 360 split 3 ways.") |
| 125 | | 11/8/2023 | X | X | CD of Phone Call between Adam Carey and David Conaway on September 21, 2021 |
| 126 | | 11/8/2023 | X | | Transcript of September 21, 2021, Phone Call (Exhibit 125) (ID) |
| 127 | | 11/8/2023 | X | X | CD of Phone Call between Bryon Brockway and David Conaway on September 22, 2021 |
| 128 | | 11/8/2023 | X | | Transcript of September 22, 2021, Phone Call (Exhibit 127) (ID) |
| 131 | | 11/8/2023 | X | X | CD of Meeting with Bryon Brockway and David Conaway on October 25, 2021 |
| 132 | | 11/8/2023 | X | | Transcript of October 25, 2021, Meeting (Exhibit 131) (ID) |
| 129 | | 11/9/2023 | X | X | CD of Portion of Meeting with Adam Carey and David Conaway on September 29, 2021 |
| 130 | | 11/9/2023 | X | | Audio Transcription of Undercover Meeting Between David Conaway and Adam Carey (Wednesday, September 29, 2021) (ID) |
| 133 | | 11/9/2023 | X | X | CD of Phone Call Between Bryon Brockway and David Conaway on November 20, 2021 |
| 134 | | 11/9/2023 | X | | Transcript of November 20, 2021, Phone Call (Exhibit 133) (ID) |
| | M90 | 11/9/2023 | X | X | Photo of Apartment Building and Parking Lot |
| | M91 | 11/9/2023 | X | X | Photo of Apartment Parking Lot (with white car) |
| | C2 | 11/9/2023 | X | X | Flash Drive of Video Clip of Conaway-Carey Meeting on September 29, 2021 |
| X | | 11/9/2023 | | | WIT: Matthew Bradford Wilson |
| X | | 11/9/2023 | | | WIT: Anthony Repinski |
| 301 | | 11/9/2023 | X | X | Flight Information – 03/12/20 UA Express 3413 BNA- EWR; 03/09/20 MileagePlus Bonus; 03/09/20 United 271 EWR-BNA |
| 300 | | 11/9/2023 | X | X | Flight Information/Receipt for REPINSKI/ANTHONYSTANLEY; eTicket number: 0162499674501 |
| 303 | | 11/9/2023 | X | X | Venmo Information for @Tony-Repinski |
| X | | 11/9/2023 | | | WIT: Andre Marshall (Special Agent) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | UNITED STATES OF AMERICA vs. ERIK CHARLES MAUND, BRYON BROCKWAY AND ADAM CAREY    CASE NO. 3:21-cr-00288 |
| 250 | | 11/9/2023 | X | X | Photograph of Drawer with Ammunition (CCi) |
| 251 | | 11/9/2023 | X | X | Photograph of Cash under Mattress (mattress is being held up) |
| 252 | | 11/9/2023 | X | X | Photograph of Cash on Box Spring |
| 253 | | 11/9/2023 | X | X | Photograph of Drawer with Cash in an Envelope |
| 255 | | 11/9/2023 | X | X | Photograph of Boxed of CCi Ammunition in Backpack |
| 256 | | 11/9/2023 | X | X | Photograph of CCi Ammunition on Shelf |
| 258 | | 11/9/2023 | X | X | Photograph of Box of CCi Ammunition |
| 260 | | 11/9/2023 | X | X | Photograph of Cash from the Drawer |
| 261 | | 11/9/2023 | X | X | Photograph of Cash in the Console of the Dodge Ram Parked at Carey's Residence |
| 262 | | 11/9/2023 | X | X | Photograph of Front of Dodge Ram with a K on the Front |
| 263 | | 11/9/2023 | X | X | Photograph of Dodge Ram (Driver's side) |
| 264 | | 11/9/2023 | X | X | Photograph of Dodge Ram (Passenger's side) |
| 265 | | 11/9/2023 | X | X | Photographs of Dodge Ram (Rear) |
| 71 | | 11/9/2023 | X | X | CCi .22 Long Rifle Ammunition |
| 72 | | 11/9/2023 | X | X | Single Cartridge of CCi .22 Caliber Ammunition |
| X | | 11/14/2023 | | | WIT: Jonathan Hoyt (Agent) |
| 84 | | 11/14/2023 | X | X | Still Image from TigerMart (03/12/2020 23:50:28) |
| 87 | | 11/14/2023 | X | X | Vehicle Comparisons of 2020 Nissan Altima and 2015 Acura TL with Still Frames from Surveillance Video |
| X | | 11/14/2023 | | | WIT: Kenneth Wolfe (Officer) |
| 25 | | 11/14/2023 | X | X | Photograph of Road Outside of Holly Williams' Apartment |
| 26 | | 11/14/2023 | X | X | Photograph of Cartridge Casing on Road with Grass |
| 27 | | 11/14/2023 | X | X | Close-up Photograph of Cartridge Casing on Road |
| 28 | | 11/14/2023 | X | X | Photograph of the Road with Glass and a Cartridge Casing (grass on half of the photo) |
| 29 | | 11/14/2023 | X | X | Photograph of Side of the Road with Glass and a Cartridge Casing (grass at the top of the photo) |
| 30 | | 11/14/2023 | X | X | Close-up Photograph of Cartridge Casing with Glass on the Road |
| 31 | | 11/14/2023 | X | X | Photograph of Cartridge Casing and Glass (speed bump and black car visible) |
| 69 | | 11/14/2023 | X | X | Shell Casing from Apartment Lot |
| 70 | | 11/14/2023 | X | X | Shell Casing from Apartment Lot |
| X | | 11/14/2023 | X | X | WIT: E.R. Garcia (Agent) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | UNITED STATES OF AMERICA vs. ERIK CHARLES MAUND, BRYON BROCKWAY AND ADAM CAREY    CASE NO. 3:21-cr-00288 |
| 204 | | 11/14/2023 | X | X | Chats (2) Between Erik Maund and Gil Peled from the Cellebrite Extraction Report (pages 1-16) |
| 205 | | 11/14/2023 | X | X | Web History (20) from Cellebrite Extraction Report (pages 1-5) |
| X | | 11/14/2023 | | | WIT: Carla Rexing (Agent) |
| 117 | | 11/14/2023 | X | X | FBI Cellular Analysis Survey Team Historical Mobile Device Location Analysis |
| 320 | | 11/14/2023 | X | X | AT&T Mobility Records (with cell location) from 2/15/2020 12:00:00am to 03/31/2020 11:59:59pm (pages 30-84) (Voice Usage For: (512) 656-3570) (Maund) |
| 321 | | 11/14/2023 | X | X | AT&T Mobility Records (with cell location) from 2/15/2020 12:00:00am to 03/31/2020 11:59:59pm (pages 36-61) (Voice Usage For: (512) 466-3121) (Peled) |
| X | | 11/14/2023 | | | WIT: Austin Michael Wheeler (Agent) |
| 351 | | 11/14/2023 | X | | CD of Native Records from Peled's JP Morgan Chase Accounts (ID) |
| 352 | | 11/14/2023 | X | | CD of Native Records from Peled's Heritage Credit Union Accounts (ID) |
| 353 | | 11/14/2023 | X | X | Check Written and Endorsed on 3-5-20 from Erik Charles Maund to Cash for $15,000 |
| 354 | | 11/14/2023 | X | X | Chase Transaction Detail Reflecting a Deposit on 03/11 in the amount of $7,000.00 (Peled) |
| 355 | | 11/14/2023 | X | X | Chase Checking Summary for Speartip Enterprises, Inc., Reflecting a Deposit on 03/11 in the amount of $8,000.00 (Peled) |
| 356 | | 11/14/2023 | X | X | Merrill Lynch Records Reflecting Wire Transfers from Erik Charles Maund TTEE |
| 358 | | 11/14/2023 | X | X | Peled's Heritage Credit Union Account Showing Receipt of Wire Transfers from Erik Maund TTEE |
| 359 | | 11/14/2023 | X | X | CD of Transaction Summary Chart |
| 360 | | 11/14/2023 | X | X | CD of Chart of Peled Cash In and Out |
| X | | 11/14/2023 | | | WIT: Randy Tashjian (Forensic Pathologist and Medical Examiner) |
| 54 | | 11/14/2023 | X | X | Full Body Autopsy X-ray of Holly Williams |
| 55 | | 11/14/2023 | X | X | Autopsy Photograph of Holly Williams' Cheek with Bullet Wound (MEC#20-0837) |
| 56 | | 11/14/2023 | X | X | Full Body Autopsy X-ray of William Lanway |
| 57 | | 11/14/2023 | X | X | Autopsy X-Ray of William Lanway's Head and Face |
| 58 | | 11/14/2023 | X | X | Autopsy Photograph of Bullet Wound to William Lanway's Head (in front of right ear) (MEC#20-0836) (ruler shown reflecting inches and CM) |
| 59 | | 11/14/2023 | X | X | Autopsy Photograph of Bullet Wound to William Lanway's Head (top right side) (MEC#20-0836) (ruler shown reflects mm) |
| 67 | | 11/14/2023 | X | X | Bullet Fragment (Bullet from Head – Holly Williams) |
| 68 | | 11/14/2023 | X | X | Bullet Fragment (Bullet from Chest – Holly Williams) |
| 63 | | 11/14/2023 | X | X | Bullet Fragment (Bullet from Back – William Lanway) |

| UNITED STATES OF AMERICA | | vs. | ERIK CHARLES MAUND, BRYON BROCKWAY AND ADAM CAREY | | CASE NO. 3:21-cr-00288 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 64 | | 11/14/2023 | X | X | Bullet Fragment (Bullet from Chest – William Lanway) |
| 65 | | 11/14/2023 | X | X | Bullet Fragment (Bullet Fragment #1 from Brain – William Lanway) |
| 66 | | 11/14/2023 | X | X | Bullet Fragment (Bullet Fragment #2 from Brain – William Lanway) |
| | MW | 11/15/2023 | | | WIT: Chad Brockway |
| | M148 | 11/15/2023 | X | X | March 5, 2020 (12:31 pm), Email from Chad Brockway to Gilad Peled – Subject: Individual of Interest-William, Holly Ann |
| | M149 | 11/15/2023 | X | X | Edgeworth Proposal Prepared for Speartip Enterprises, March 5, 2020 (5 pages) |
| | M150 | 11/15/2023 | X | X | March 5, 2020 (7:35 pm), Email from Chad Brockway to Gilad Peled – Subject: Cyber Intelligence Proposal |
| | M151 | 11/15/2023 | X | X | Edgeworth Customer Intelligence Report – Individual of Interest Holly Ann Williams (Redacted Version) |
| | M152 | 11/15/2023 | X | X | March 6, 2020 (4:08 pm), Email from Chad Brockway to Gilad Peled- Subject: Missing Person Follow-up |
| | M23 | 11/15/2023 | X | X | Apex Analytics Proposal Prepared for: Speartip Security, dated March 10, 2020 |
| | M24 | 11/15/2023 | X | X | Speartip Security Proposal Prepared for: Charles Maund, dated March 12, 2020 |
| | M153 | 11/15/2023 | X | X | March 9, 2020 (12:16 pm), Email from Chad Brockway to Gilad Peled - Subject: Re: Cease and Desist Language |
| | M25 | 11/15/2023 | X | X | Speartip Security PII Mitigation Report for Erik C. Maund, dated March 31, 2020 |
| | M26 | 11/15/2023 | X | X | Speartip Security PII Exposure Report-Monthly Update for Erik C. Maund, dated April 30, 2020 |
| | M27 | 11/15/2023 | X | X | Speartip Security PII Exposure Report-Monthly Update for Erik C. Maund, dated May 29, 2020 |
| 229 | | 11/15/2023 | X | X | 3/13/2020 (1:46 pm), Email from Erik Maund to Gilad Peled - Subject: Re: Your Conversation with the cyber department (Admitted by Maund) |
| | MW | 11/15/2023 | | | WIT: Jeffrey Landman (via Video Deposition) |
| | MW | 11/15/2023 | | | WIT: Brian Walter Bishop |
| | M154 | 11/15/2023 | X | X | Marital Property Agreement |
| | MW | 11/15/2023 | | | WIT: Clark Christopher Walton |
| | M155 | 11/15/2023 | X | X | Curriculum Vitae of Clark C. Walton |
| | C6 | 11/15/2023 | X | X | Stipulation Regarding Testimony of Forensic Examiners |
| | BW | 11/15/2023 | | | WIT: Madelynn Rae Hire |
| | B12 | 11/15/2023 | X | X | Photograph of Bryon Brockway at the Beach, Coming out of the Water |

Page 11 of 12 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | UNITED STATES OF AMERICA vs. ERIK CHARLES MAUND, BRYON BROCKWAY AND ADAM CAREY — CASE NO. 3:21-cr-00288 |
| | B13 | 11/15/2023 | X | X | Photograph of Bryon Brockway with His Hat on Backwards, Standing on the Beach |
| | BW | 11/15/2023 | | | WIT: Danielle Brockway |
| | | 11/9/2023 | | | OFFER OF PROOF (Outside Presence of Jury) |
| | CW | 11/9/2023 | | | WIT: David Conaway |
| | C3 | 11/9/2023 | X | | Flash Drive (Recording of Conversation between Brockway and Conaway) (ID) |

Page  12  of  12  Pages