IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:21-cr-00288 |
| | ) | |
| ERIK MAUND | ) | JUDGE CAMPBELL |
| BRYON BROCKWAY | ) | |
| ADAM CAREY | ) | |

# ORDER

The Court previously ordered that all pleadings filed in response to the Court's Order of January 31, 2024, be temporarily sealed. (*See* Order, Doc. No. 489). Pursuant to that Order, the Court granted leave for the following filings to be made under seal:

1. Bryon Brockway's Motion for New Trial (Doc. No. 491);

2. Erik Maund's Motion for New Trial (Doc. No. 493);

3. Adam Carey's Motion for New Trial (Doc. No. 496);

4. Government's Combined Response to Defendants' Motions for New Trial (Doc. No. 500);

5. Adam Carey's Reply (Doc. No. 506);

6. Bryon Brockway's Reply (Doc. No. 511),

7. Erik Maund's Reply (Doc. No. 513);

8. The parties' proposed questions for the *Remmer* hearing (Doc. Nos. 532, 535).

9. Adam Carey's Supplement to Motion for New Trial (Doc. No. 548);

10. Adam Carey's Reply (Doc. No. 555).

In addition, the Transcript of the April 18, 2024 Telephone Conference has also been filed under seal. (Doc. No. 525).

The Court finds no cause for these documents to remain sealed. Any objection to unsealing the above-listed filings and transcript shall be filed by September 25, 2024.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:21-cr-00288   Document 562   Filed 09/17/24   Page 2 of 2 PageID #: 6421